# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MATTIE MCKENNA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>**Acting Commissioner of Social Security,**<br><br>　　　　　　Defendant. | Court No. 2:23-cv-00073-DBP<br><br><br>JUDGMENT IN A CIVIL CASE<br><br><br>Magistrate Judge Dustin B. Pead |

　　　　IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Acting Commissioner of Social Security Kilolo Kijakazi's ("Commissioner") is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

　　　　DATED: September 21, 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DUSTIN B. PEAD
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge